***THE WALLIN LAW FIRM, PLLC***
D. Stephen Wallin, Attorney at Law
1951 W. Camelback Rd., Suite 210
Phoenix, AZ 85015
Phone: 602-254-2300
Fax: 602-254-2515
steve@stevewallin.com
State Bar No. 014289
Attorney for Defendant RAFIQ A. BROOKS

*THE WALLIN LAW FIRM, PLLC*
1951 W. Camelback Rd., Suite 210
Phoenix, AZ 85015
Phone: 602-254-2300; Fax: 602-254-2515
*www.thewallinlawfirm.com*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KOY WILLIAMS, *ET AL.*,

Defendant.

No. 2:11-CR-02265-PHX-JAT-003

**DEFENDANT RAFIQ A. BROOKS' NOTICE OF APPEAL**

Assigned to: Hon. James A. Teilborg

COMES NOW the Defendant, RAFIQ A. BROOKS, by and through Counsel undersigned, pursuant to Rule 3 of the Rules of Appellate Procedure, and gives notice that he hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence entered in this action on March 11, 2013, on the basis that the Court erred in not suppressing certain evidence and testimony on timely motion and/or objection of Defendant, and in miscalculating the appropriate Guideline range.

Defendant requests that undersigned counsel be appointed pursuant to Rule 24(a)(3) of the Rules of Appellate Procedure, as Defendant remains indigent pursuant to the Court's previous determination and wishes to proceed *in forma pauperis*.

RESPECTFULLY SUBMITTED March 21, 2013.

s/ D. Stephen Wallin
***THE WALLIN LAW FIRM, PLLC***
D. Stephen Wallin, Attorney at Law
Attorney for Defendant RAFIQ A. BROOKS

E-filed on March 21, 2013 by D. Stephen Wallin

***Certificate of Service:***

I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Assistant U. S. Attorney Michael Lee
Counsel for Plaintiff, the United States

Clark L. Derrick
Attorney for Defendant Koy Kayon Williams

Mark J. Berardoni
Attorney for Defendant Maximiliano Riviera-Landeros

Marc J. Victor
Attorney for Defendant Sharon Johnson

Eric W. Kessler
Attorney for Defendant Luis Alberto Gutierrez

Tyrone Mitchell
Attorney for Defendant Genaro Barra-Mendoza

Kenneth S. Countryman
Attorney for Defendant Bianca McKinney

George Klink
Attorney for Renard White

Thomas S. Hartzell
Attorney for Defendant Chelliean Latanneya Duncan

Patrick McGillicuddy
Attorney for Defendant Kristopher Stone

***THE WALLIN LAW FIRM, PLLC***
1951 W. Camelback Rd., Suite 210
Phoenix, AZ 85015
Phone: 602-254-2300; Fax: 602-254-2515
*www.thewallinlawfirm.com*

Emailed to chambers with a copy to:
HONORABLE JAMES A. TEILBORG
United States District Court
Sandra Day O' Connor U.S. Courthouse
Suite 523
401 West Washington Street SPC 51
Phoenix, AZ 85003

s/ D. Stephen Wallin
***THE WALLIN LAW FIRM, PLLC***
D. Stephen Wallin, Attorney at Law
Attorney for Defendant RAFIQ A. BROOKS

**_THE WALLIN LAW FIRM, PLLC_**
1951 W. Camelback Rd., Suite 210
Phoenix, AZ 85015
Phone: 602-254-2300; Fax: 602-254-2515
*www.thewallinlawfirm.com*